# LAW OFFICE OF DARRYN G. SOLOTOFF
**ATTORNEYS AT LAW**

25 Melville Park Road
Suite 108
Melville, New York 11747
T 516-695-0052

March 9, 2020

*Application GRANTED. Counsel for both parties are directed to call chambers together at 3:00 p.m. If Plaintiff is unable to contact Defendant, Plaintiff should be prepared to describe efforts made towards that end.*

*Date: 3/9/2020*

**VIA ECF**
Hon. Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

LEWIS J. LIMAN
United States District Judge

Re:  Calcano v. Schott NYC Corp.
Case No.: 1:19-cv-11382-LJL

Dear Judge Liman:

    This firm is counsel to Plaintiff Evelina Calcano ("Plaintiff") in the above-referenced matter. We write to respectfully request the Court to move the Initial Pre-Trial Conference, originally scheduled on March 10, 2020 at 3 p.m., to this same date and time, to be held telephonically (Dk #7).

    In light of the recent public health emergency, Plaintiff's counsel respectfully requests to appear before Your Honor by telephone conference, or in the alternative, adjourn the initial conference. To date, we have not received responsive pleadings from defendant and no notice of appearance has been submitted. This matter was commenced on December 12, 2019. Proof of service was filed with the Court on February 14, 2020. This is Plaintiff's first request.

    We sincerely thank you for your kind consideration of this request.

Respectfully submitted,

*/s/ Darryn G. Solotoff, Esq*

Darryn G. Solotoff, Esq

DS/emm