```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
MARCOS CALCANO, on behalf of himself and all other                   :
persons similarly situated,                                          :
                                                                     :
                              Plaintiff,                             :      19-cv-11382 (LJL)
                                                                     :
        -v-                                                          :      ORDER
                                                                     :
SCHOTT NYC CORP.,                                                    :
                                                                     :
                              Defendant.                             :
                                                                     X
---------------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2020

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on December 12, 2019 (Dkt. No. 1). On March 30, 2020, Defendant filed a Motion to Dismiss (Dkt. No. 15). Plaintiff timely filed its First Amended Complaint on April 17, 2020 (Dkt. No. 17).

Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed Motion to Dismiss (Dkt. No. 15) is DENIED AS MOOT.

SO ORDERED.

Dated: April 20, 2020
       New York, New York                    _____
                                             LEWIS J. LIMAN
                                             United States District Judge