UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
EVELINA CALCANO, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,                                              Case No.: 1:19-cv-11382-LJL
                    Plaintiff(s)

  -v-                                                                          NOTICE OF MOTION
                                                                              TO DISMISS PLAINTIFF'S
SCHOTT NYC CORP.,                                      FIRST AMENDED CLASS
                                                                               ACTION COMPLAINT

                    Defendant(s)
_____

**PLEASE TAKE NOTICE,** that upon the Declaration of Mitchell Segal, Esq. and exhibits thereto and the Memorandum of Law in Support of The Motion To Dismiss Plaintiff's First Amended Complaint and the pleadings and proceedings in the instant litigation herein, Defendant SCHOTT NYC CORP. ("Defendant") by and through its attorney, Law Offices of Mitchell S. Segal, P.C., will move this honorable Court, before the Honorable Lewis J. Liman, on a date and time designated by the Court at the United States District Court for the Southern District of New York at Courtroom 15C located at 500 Pearl Street, New York, New York 10007-1512 pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing the Plaintiff's Complaint in its entirety, for reasonable attorney fees and costs for the filing of this motion and for such other and further relief as this Court deems just and proper.

Dated: May 1, 2020                            Respectfully Submitted,
       Great Neck, New York

                                         Law Offices of Mitchell S. Segal P.C.

                                           /s/  Mitchell Segal
                                      By:_____
                                      Mitchell Segal, Esq.
                                      1010 Northern Boulevard, Suite 208
                                      Great Neck, NY 11021

Ph: (516) 415-0100
Fx: (516) 706-663
msegal@segallegal.com

## CERTIFICATE OF SERVICE

I, Mitchell Segal, hereby certify that a true and correct copy of the foregoing document was served via ECF on this 1st day of May, 2020 upon attorneys for Plaintiff.

Dated: May 1, 2020
      Great Neck, New York                          /s/ Mitchell Segal
                                                              Mitchell Segal