```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MARCOS CALCANO, *on behalf of himself and all other* :
*persons similarly situated*, :
:
                    Plaintiff,    :        19-cv-11382 (LJL)
:
   -v-                                      :        <u>ORDER</u>
:
SCHOTT NYC CORP., :
:
                    Defendant. :
                                               X
---------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

       IT IS HEREBY ORDERED that this case is STAYED until July 28, 2020.

Dated: June 1, 2020                                    _____
       New York, New York                          LEWIS J. LIMAN
                                                    United States District Judge